UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
08-2818-WHITE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LUIS SANCHEZ ROMAN,

        Defendant(s).
_____/

### ORDER UPON VIOLATION OF PROBATION

**THIS MATTER** is before the Court on a petition from the United States Probation Office for violation of probation.

Pursuant to proceedings held and this Court being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1) Pursuant to agreement of the parties and with the Court's approval, the defendant paid a fine in the amount of $750.00 and court costs in the amount of $25.00.

2) Pursuant to payment in full the defendant shall go hence without day with no further supervised release to follow.

3) This case is closed.

DONE AND ORDERED at Miami, Florida, this _7th_ day of August, 2008.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:  U.S. Bureau of Prisons
     U.S. Marshal Service
     Sowmya Bharati, AFPD
     Tom Watts-Fitzgerald, AUSA